JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER, | Case No. 2:24-cv-04309-PA-AGR |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FORTUNA ENTERPRISES L.P., a Delaware Limited Partnership, DBA LOS ANGELES AIRPORT HILTON & TOWER, | |
| Defendant. | |

## **ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice.

Dated:  August 23, 2024

_____
Percy Anderson
United States District Judge